**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **YURI ALEXANDRA LEON GOMEZ** ***et al.*****,** | § | |
| **Petitioners,** | § | |
| | § | **NO. SA-26-CV-5805-OLG** |
| **v.** | § | |
| **SECRETARY MARKWAYNE MULLIN** ***et al.*****,** | § | |
| **Respondents.** | § | |

**DISMISSAL ORDER**

Before the Court is the status of this habeas proceeding, which Petitioners initiated on September 10, 2026. Respondents have since advised that ICE released Petitioners from custody on September 16, 2026. (Dkt. No. 6.) Accordingly, because Petitioner is no longer in Respondents' custody, the Petition for Writ of Habeas Corpus (Dkt. No. 1) is moot, and this case is therefore **DISMISSED WITHOUT PREJUDICE** as such.

Petitioner's Motion to Expedite (Dkt. No. 2) is **DISMISSED AS MOOT**.

This case is **CLOSED**.

**SIGNED** on November 18, 2026.

ORLANDO L. GARCIA
United States District Judge